JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

AMERIS BANK,

Plaintiff,

v.

VIRTUAL POLYMER COMPOUNDS, LLC, et al.,

Defendants.

Case No. 8:26-cv-00802-DFM

JUDGMENT

Pursuant to the Order granting in part Plaintiff's Motion for Default Judgment and Federal Rule of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter in favor of Plaintiff and against Defendant in the total amount of **$94,696.21**; which is a sum of the following:
   a. Damages in the amount of $84,072.64;
   b. Prejudgment interest in the amount of $4,248.26 through the date of this Order, plus $23.03 per day until judgment is entered;
   c. Attorneys' fees in the amount of $4,962.91; and
   d. Costs in the amount of $1,412.40

2. The remaining relief demanded in the Complaint is DENIED as abandoned. Postjudgment interest shall accrue under 28 U.S.C. § 1961.
3. The Clerk is ordered to enter this Judgment forthwith.

Date: September 17, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge